

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00433-CV

Eric E. **DELEON-BOLADO**,
Appellant

v.

Lorraine M. **DELEON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07162
Honorable Donna S. Rayes, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Eric E. DeLeon-Bolado.

    It is so **ORDERED** on October 28, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

_____
Michael A. Cruz, Clerk of Court